## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

Building Service Contractors Association
International

                    Debtor

Case No.:  08-B-26192

Chapter 11
Honorable Carol A. Doyle

## NOTICE OF FILING

**TO:**   THE ATTACHED SERVICE LIST

     **PLEASE TAKE NOTICE** that on **June 10, 2009** we filed with the United States Bankruptcy Court for the Northern District of Illinois, **FINAL APPLICATION OF BARNES & THORNBURG LLP, COUNSEL TO THE DEBTOR, FOR THE ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSE**, a copy of which is attached hereto and served on counsel of record via this Court's ECF system and via First Class Mail to the parties listed on the following service list.

     **PLEASE BE FURTHER ADVISED** that copies of Exhibits referred to in the attached Final Application are available upon request to the undersigned or may be viewed on Pacer at www.ilnb.uscourts.gov. .

                    Respectfully submitted,

                    BUILDING SERVICE CONTRACTORS
                    ASSOCIATION INTERNATIONAL

          By:      /s/ Deborah L. Thorne
                    Deborah L. Thorne (Atty. No.  6186482)
                    Kevin C. Driscoll, Jr. (Atty. No. 6272159)
                    **BARNES & THORNBURG LLP**
                    One North Wacker Drive Suite 4400
                    Chicago, IL 60606
                    Telephone: (312) 357-1313
                    Fax: (312) 759-5646

## CERTIFICATE OF SERVICE

The undersigned, an attorney, deposes and says that on the 10th day of June 2009, she

served a copy of **FINAL APPLICATION OF BARNES & THORNBURG LLP, COUNSEL**

**TO THE DEBTOR, FOR THE ALLOWANCE AND PAYMENT OF FEES AND**

**REIMBURSEMENT OF EXPENSE** to the parties listed below, *via* first class mail as indicated

below.

| | | |
|---|---|---|
| 10201 Fairfax Boulevard LLC<br>Carr Properties<br>1776 Eye Street, Suite 500<br>Washington, D.C. | American Training Videos, Inc.<br>P.O. Box 7108<br>225 Peterson Rd., 2d FL<br>Libertyville, IL 60048-7108 | Arnell Corporation<br>c/o Carr Properties<br>1776 Eye Street, Suite 500<br>Washington, DC 20006-3716 |
| Wendy Bennecke<br>Bally's Las Vegas<br>3645 Las Vegas Blvd. South<br>Las Vegas, NV 89109-4307 | Bally's / Paris Las Vegas<br>Stacey Purcell<br>2114 Fountain Springs Drive<br>Henderson, NV 89074-1575 | BrightSight Group<br>268 Wall Street<br>Princeton, NJ 08540-1511 |
| BSCAI<br>Main Strike Telecommunication, Inc.<br>741 Los Miradores Drive<br>El Paso, TX 79912-3451 | Carol Ann Dean<br>3172 Cantrell Lane<br>Fairfax, VA 22031-1909 | Mary R. Johnson<br>Sr. Lease Administrator<br>Carr Properties<br>1776 Eye Street, Suite 500<br>Washington, DC 20006-3716 |
| Fedex Office<br>POB 262682<br>Plano, TX 75026-2682 | Firesky Resort and Spa<br>4925 North Scottsdale Road<br>Scottsdale, AZ 85251-7692 | Gary Kuty & Associates LLC<br>4600 South Dixie Highway<br>Dayton, OH 45439-2114 |
| Gaylord National<br>201 Waterfront Street<br>National Harbor, MD 20745-1135 | Gaylord National LLC<br>d/b/a Gaylord National Resort &<br>Conv. Ctr<br>Scott Lynn Esq.<br>One Gaylord Drive<br>Nashville, TN 37214-1207 | Grubb & Ellis Company<br>8020 Towers Crescent Drive, Ste 300<br>Vienna, VA 22182-6227 |
| Hyatt Regency Chicago<br>151 East Wacker Dr.<br>Chicago, IL 60601-3709 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Janitorial Store<br>16212 Miles Circle<br>Brainerd, MN 56401-6091 |

Kinko's
Customer Administrative Services
P.O. Box 672085
Dallas, TX 75267-2085

Mary Crane
2100 16th Street, Suite 508
Denver, CO 80202-5186

Mechanic group
One Blur Hill Plaza, Suite 530
Pearl River, NY 10965-3100

Mediaedge Communications LLC
5255 Yonge Street, Ste 1000
Toronto, ON M2N 6P4
Canada

Neal Gerber & Eisenberg LLP
2 North LaSalle Street, Suite 2200
Chicago, IL 60602-3963

RTI, Inc.
603 Lake Bridge Drive
Lake Dallas, TX 75065

Showcare Event Management Inc.
201-2770 14th Avenue
Markham, ON  L3R 0J1
Canada

Skilstaf
P.O. Box 729
Alexander City, AL 35011-0729

Speak Inc.
10680 Treena Street, Suite 230
San Diego, CA 92131-2444

Sprint
P.O. Box 4181
Carol  Stream, IL 60197-4181

Sunbelt Rentals
1337-B Hundred Oaks Dr.
Charlotte, NC 28217-3917

TALX Corporation
3535 Harney Street
Omaha, Nebraska 68131-3915

TNCI
P.O. Box 981038
Boston, MA 02298-1038

Team Financial Management Systems
407 S. 27th Ave.
Omaha, Nebraska  68131-3609

Valenti Trobec Chandler Inc.
1175 West Long Lake Road
Suite 200
Troy, MI 48098-4443

Vision Point Systems, Inc.
Attn: Mr. Brad Shaw
10201 Lee Highway
Fairfax, VA 22030-2222

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC F4031-050
Des Moines, IA  50309-3605

WestFax Smart Communication
Department #1783
Denver, CO 80291-0001

Westin Casaurina Spa & Resort
P.O. Box 30620
Grand Cayman, Cayman Islands

Westin Resort and Spa, Los Cabos
Carretera Transpeninsular Km 22.5
San Jose Del Cabo, 23400
Mexico

Yellow Transportation, Inc.
10990 Roe Avenue
Overland Park, KS 66211-1213

William T. Neary
Office of the US Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604-1702

Denise A. Delaurent
US Trustee of the ND of Illinois
219 S. Dearborn St., Suite 873
Chicago, IL 60604

Thomas R. Fawkes
Freeborn & Peters
311 S. Wacker Dr., Ste 3000
Chicago, IL 60606

US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Internal Revenue Service
200 West Adams, Suite 2300
Chicago, IL 60606

Internal Revenue Service
230 So. Dearborn
Chicago, IL 60606

Illinois Department of Revenue
Attn: James D. Newbold, Esq.
100 W. Randolph St., 13th FL
Chicago, IL 60601

Smith Bucklin
401 North Michigan Avenue
Chicago, IL 60611

Team Financial Management System
407 S. 27th Ave
Omaha, NB 68131-3609

_____/s/ Deborah L. Thorne_____
Deborah L. Thorne

CHDS01 DTHORNE 543107v1