# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-B-26192 |
| BUILDING SERVICE CONTRACTORS ) | Chapter 11 |
| ASSOCIATION INTERNATIONAL, ) | |
| ) | |
| Debtor. ) | Chief Judge Carol Doyle |
| ) | |

## FINAL ORDER ALLOWING FEES AND REIMBURSEMENT OF EXPENSES TO COUNSEL FOR THE DEBTOR

This matter coming to be heard on the Application of Barnes & Thornburg LLP ("B&T") for allowance and payment of fees and reimbursement of expenses pursuant to sections 330 and 331 of title 11 of the United States Code; notice having been given to all parties entitled to notice; the United States Trustee having no objection to the allowance and reimbursement; the Court having objected to reimbursement of $.15 per page for copying and B&T having agreed to reduce the copying charges to $.10 per page and thus reducing its request for reimbursement of copying expenses by $644.05; and B&T having disclosed to the Court that all Westlaw and Lexis charges represent its exact cost for electronic research and do not represent a profit for B&T; and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that B&T is allowed fees in the amount of $88,725.00 and reimbursement of expenses in the amount of $6,267.51 for the period from September 30, 2008 through March 9, 2009.

Dated: 6/30/09

Entered: _____
United States Bankruptcy Judge