UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              Case No.: 08-B-26192

Building Service Contractors Association
International,                                      Chapter 11
            Debtor                                  Honorable Carol A. Doyle

### ORDER FOR FINAL DECREE CLOSING CHAPTER 11 CASE

This cause coming on to be heard on DEBTOR'S MOTION FOR FINAL DECREE, the Court being advised in the same, any objection to the motion either withdrawn or overruled,

IT IS HEREBY ORDERED:

The Chapter 11 of the above-named Debtor is closed.

Dated: 6/30/09                          _____
                                        United States Bankruptcy Court Judge

Order Prepared by:
Deborah L. Thorne (Atty. No. 6186482)
BARNES & THORNBURG LLP
One North Wacker Drive Suite 4400
Chicago, IL 60606
(312) 357-1313
Fax: (312) 759-5646

CHDS01 DTHORNE 543039v1